UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMIAH JAMES DAVID PRE
JOHNSON,

    Plaintiff,

v.                                          Case No. 3:22-cv-521-TJC-PDB

LENNY CURRY, Mayor, City of
Jacksonville, J. LAWTON, Officer,
and ADAMS TOWING,

    Defendants.

**O R D E R**

This case is before the Court on pro se Plaintiff Jeremiah Johnson's Complaint for Violation of Civil Rights, (Doc. 1), and Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. 2). On September 29, 2022, United States Magistrate Judge Patricia D. Barksdale issued a Report and Recommendation (Doc. 8) recommending that this case be dismissed with prejudice for failure to state a claim. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 8), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Complaint for Violation of Civil Rights (Doc. 1) is **DISMISSED with prejudice**.[1]

3. Plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED as moot**.

4. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Pro se Plaintiff

Counsel of record

---

[1] The Magistrate Judge's Order to Show Cause (Doc. 6) allowed Plaintiff to show that he has a viable cause of action. Plaintiff failed to do so. See (Doc. 8). Thus, dismissal with prejudice is appropriate.